In the Matter of JAMES J. CONNELL et al., Respondents.
MAX BEDACHT et al., Appellants.

Argued October 28, 1940; decided October 29, 1940.

*Joseph R. Brodsky* for appellants.

*Osmond K. Fraenkel* for American Civil Liberties Union, *amicus curiæ.*

*Samuel M. Birnbaum, Frank A. Pedlow, Thomas J. Burke* and *Simon L. Miller* for respondents.

*Per Curiam.* In our opinion, the evidence does not sustain the findings that there were not fifty valid signatures in Franklin county, but we find substantial evidence to sustain the findings in regard to Greene county.

The order should be affirmed, without costs.

LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ., concur.

Order affirmed.